UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>V.<br><br>MICHAEL S. SMITHA,<br>    Defendant. | CRIMINAL NO. 5:24-84-KKC-MAS-1<br><br><br>ORDER |

\*\*\* \*\*\* \*\*\*

This matter was referred to Magistrate Judge Stinnett for the purpose of conducting rearraignment proceedings for the above defendant. After conducting those proceedings, Judge Stinnett filed a recommendation (R. 54) that the Court accept the defendant's guilty plea, that the defendant be adjudged guilty of Counts 1, 2, 3, 4, 5, and 6 of the superseding indictment (R. 19) in this matter. No objections have been filed and, having reviewed the record, the Court finds that Judge Stinnett satisfied all requirements of the Federal Rules of Criminal Procedure and the United States Constitution. Accordingly, the Court hereby ORDERS as follows:

1) The Court ADOPTS the recommendation (R. 54) and ACCEPTS the defendant's guilty plea; and

2) The defendant is ADJUDGED GUILTY of Counts 1, 2, 3, 4, 5, and 6 of the superseding indictment (R. 19).

This 17th day of November, 2025.



Signed By:
*Karen K. Caldwell*   KKC
United States District Judge